NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

JUN 14 2019

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| VICTOR MANUEL TAGLE, AKA Victor Tagle, AKA Victor Manuel Tagle-Moreno, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> CHRIS A. BEECROFT, Jr.; et al., <br><br> Defendants-Appellees. | No. 18-16335 <br><br> D.C. No. 2:15-cv-02143-RFB-CWH <br><br> MEMORANDUM* |

Appeal from the United States District Court
for the District of Nevada
Richard F. Boulware II, District Judge, Presiding

Submitted June 11, 2019**

Before:     CANBY, GRABER, and MURGUIA, Circuit Judges.

Victor Manuel Tagle, AKA Victor Tagle, AKA Victor Manuel Tagle-

Moreno, appeals pro se from the district court's judgment dismissing his 42 U.S.C.

§ 1983 action alleging various federal and state law claims.  We have jurisdiction

under 28 U.S.C. § 1291.  We review for an abuse of discretion the district court's

---

*     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

**     The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

dismissal of an action as a sanction for failure to comply with a court order. *Edwards v. Marin Park, Inc.*, 356 F.3d 1058, 1065 (9th Cir. 2004). We affirm.

The district court did not abuse its discretion by dismissing Tagle's action without prejudice because Tagle failed to comply with the district court's order instructing him to cease filing motions addressing matters other than his physical safety and health until after the district court ruled on a forthcoming motion to dismiss. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (listing factors to be considered before dismissing a case as a sanction for failure to comply with a court order).

The district court did not abuse its discretion by declining Tagle's request to split his action into two or more separate actions. *See United States v. W.R. Grace*, 526 F.3d 499, 509 (9th Cir. 2008) (setting forth standard of review and explaining that "district courts have inherent power to control their dockets." (citation, internal quotation marks, and alteration omitted)).

Defendants' request for judicial notice (Docket Entry No. 32) is granted.

Tagle's motion for default judgment (Docket Entry No. 36) is denied.

**AFFIRMED.**

18-16335